**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00310-CR**
_____

**PATRICK ANDRE DENLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. F00-81756**
_____

**MEMORANDUM OPINION**

In 2000, Patrick Andre Denley was convicted and sentenced in Trial Cause Number 81756. We dismissed his appeal for lack of jurisdiction. *See Denley v. State*, No. 09-00-566-CR, 2001 WL 1636320, at \*1 (Tex. App.—Beaumont Dec. 19, 2001, no pet.) (mem. op., not designated for publication). On September 9, 2024, Denley filed a notice of appeal for Trial Cause Number F00-81756 with the District Clerk.[1]

_____

[1] The slight discrepancy in cause numbers reflects Jefferson County's adoption of a new case numbering system.

On September 11, 2024, the Clerk of the Court of Appeals notified the parties that the appeal would be dismissed for lack of jurisdiction unless grounds were shown for continuing the appeal. Denley responded to the Clerk's notice but his response failed to identify a valid basis for this Court to exercise appellate jurisdiction over his appeal.

Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 22, 2024
Opinion Delivered October23, 2024
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.

2